FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 0 3 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:09-MJ-048-RJJ-RJJ |
| Plaintiff, | ) | |
| vs. | ) | |
| GORDON HOMSTAD | ) | |
| Defendant. | ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#5), sentencing having been imposed on April 22, 2009. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: BUREAU OF LAND MANAGEMENT
Amount of Restitution: $2,103.88

**Total Amount of Restitution ordered: $2,103.88**

Dated this ____3____ day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE